IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR174 |
| vs. | ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |
| VINCENT PATRICK GEPSON, | |
| Defendant. | |

The defendant appeared before the Court on July 12, 2019 regarding the Petition for Offender Under Supervision [29]. Michael Hansen represented the defendant. Sean Lynch represented the government. The defendant was advised of the alleged violations of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on August 21, 2019.

The government moved for detention based upon risk of flight and danger. The defendant requested a continuance of the detention hearing. The detention hearing is continued to 11:30 a.m. on July 17, 2019 before U.S. Magistrate Judge Cheryl R. Zwart in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant will remain detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 12th day of July, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge