IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR174 |
| vs. | |
| VINCENT PATRICK GEPSON, | DETENTION ORDER |
| Defendant. | |

The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the evidence presented in court and contained in the court's records. Specifically, the court finds that Defendant has a lengthy criminal history, was terminated from RRC for alleged insolent behavior; and upon release from prison, travelled to Missouri without the consent of his supervising officer. Moreover, there is reason to believe he took pain relief medication in amounts greater than prescribed and that he ingested plastic tubing, for reasons known only to him but nonetheless indicative of trying to hide drugs, or securing an opportunity for transport to the hospital, thereby potentially obtaining an increase in the amount prescribed or gaining access to additional drugs. When confronted about the plastic tubing, Gepson provided conflicting explanations, none of which were credible.

Gepson cannot be trusted to comply with any treatment program or the terms of his supervision, including those conditions of release focused on ameliorating the risks of his nonappearance at court proceedings and harm to the public if released.

Accordingly,

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

July 18, 2019

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge